IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANISLAW STERLINSKI, | ) |
| | ) Case No. 1:16-cv-596 |
| Plaintiff, | ) |
| | ) Hon. Edmond E. Chang |
| v. | ) |
| | ) Mag. Judge Sidney I. Schenkier |
| BOARD OF EDUCATION | ) |
| OF THE CITY OF CHICAGO, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Stanislaw Sterlinski, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from a Final Order terminating this matter entered after a decision rendered in favor of Defendant on the Parties' Cross Motions for Summary Judgment by Judge Edmond E. Chang in this action on the 23rd day of July 2018, a copy of which is attached.

Respectfully submitted,

STANISLAW STERLINSKI


By:   s/Barry A. Gomberg
        Attorney for Plaintiff-Appellant

Barry A. Gomberg
Barry A. Gomberg & Associates, Ltd.
53 West Jackson Blvd., Suite 1350
Chicago, Illinois  60604
(312) 922-0550

## CERTIFICATE OF SERVICE

To: James C. Geoly
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing Notice of Appeal be served on the attorney of record for Defendant by filing the foregoing electronically using the CM/ECF filing system on this 22nd day of August, 2018

                                                               s/Barry A. Gomberg